UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | 1:13CR44 |
| | § | |
| RONNIE LEE ALLEN, JR. | § § | |

## Unopposed Motion to Substitute

Ronnie Allen, through lawyer Neal Davis, moves this Court to substitute Neal Davis as lawyer of record and permit Andino Reynal to withdraw as lawyer of record. The prosecutor is unopposed.

Respectfully submitted,

STRADLEY, DAVIS & REYNAL LLP

/s/

_____

Neal Davis
State Bar No. 24001117
Federal No. 23729

917 Franklin Street, Suite 600
Houston, Texas  77002
Tel: (713) 227-4444
Fax: (800) 760-7140
Email: NDavis@SDRFirm.com

/s/

_____*

Andino Reynal
917 Franklin Street, Suite 600
Houston, Texas 77002
Tel: (713) 227-4444
Fax: (800) 760-7140
Email: AReynal@SDRFirm.com

*Signed by Permission

## Certificate of Service

I certify that a photocopy of this Unopposed Motion to Substitute has been sent to the Assistant United States Attorney in this case via e-filing on this date.

/s/

_____

Neal Davis

## Certificate of Service

I certify I spoke to Assistant United States Attorney Baylor Glenn Wortham today, June 17, 2013, and he is unopposed to this motion.

/s/

_____

Neal Davis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:13CR44 |
| | § | |
| RONNIE LEE ALLEN, JR. | § | |

## Order

After considering Allen's Unopposed Motion to Substitute, it is ordered that this motion shall be—

GRANTED   or   DENIED

Signed _____, 2013.


_____
HONORABLE JUDGE PRESIDING